IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WHITLOCK**, <br><br> Plaintiff, <br><br> v. <br><br> **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,** <br><br> Defendant. | **CIVIL ACTION** <br><br><br> **NO. 2:20-cv-00373-KSM** |

# ORDER

**AND NOW** this 13th day of October, 2022, upon consideration of Plaintiff's Motion for Leave to Allow for Video-Taped Trial Testimony (Doc. No. 38), Defendant's Motion for Leave to Allow for Video-Taped Trial Testimony (Doc. No. 39), Defendant's letter brief to preclude the mention of insurance at trial (Doc. No. 40), and Plaintiff's letter brief in opposition (Doc. Nos. 41), and following a final pretrial conference with counsel, it is **ORDERED** as follows:

1. Defendant's request to prohibit any reference to insurance at trial is **DENIED**.

2. Defendant's request to proceed under the name of the non-party tortfeasor and to have the tortfeasor present at counsel table is **DENIED.**

3. The parties' motions to present videotaped deposition testimony at trial (Doc. Nos. 40 & 41) are **DENIED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**